UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **FIDELITY INSURANCE COMPANY, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) Case No. 4:03-CV-1521 SNL |
| | ) |
| **EXPRESS SCRIPTS, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

In accordance with the Memorandum filed herein this date,

**IT IS HEREBY ORDERED** that Plaintiff's request for leave to amend (Doc. #250, filed Oct. 26, 2007) be, and is, **HEREBY GRANTED**.

So Ordered.

Dated this 28th day of December, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE