UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FIDELITY INSURANCE COMPANY, et al.,** )
)
    **Plaintiffs,** )
)
**vs.** )    Case No. 4:03-CV-1521 SNL
)
**EXPRESS SCRIPTS, INC., et al.,** )
)
    **Defendants.** )

## ORDER

**I**n accordance with the Memorandum filed herein this date,

**IT IS HEREBY ORDERED** that Defendants' motion (Doc. #204, filed Feb. 5, 2007) be, and is, **HEREBY GRANTED IN PART**. Plaintiff's claims under Count III: Breach of Fiduciary Duty and Count VIII: Accounting **SHALL BE DISMISSED** *entirely*. Plaintiffs' claim alleging the use of First Data Bank as a pricing source **SHALL BE DISMISSED** *as it relates to* Count I: Breach of Contract. Defendants' motion is **HEREBY DENIED** in all other respects.

**IT IS FURTHER ORDERED** that **THIS CAUSE SHALL PROCEED** as to:

    Count I: Breach of Contract,
    Count II: Breach of the Implied Covenant of Good Faith and Fair Dealing,
    Count IV: Fraud,
    Count V: Negligent Misrepresentation,
    Count VI: Conversion, and
    Count VII: Unjust Enrichment.[1]

**S**o Ordered.

**D**ated this 27th day of March, 2008.

                                                            */s/ Stephen N. Limbaugh*
                                                 **SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] Since the filing of the subject motion (Doc. #204), Plaintiffs' claim relating to the unlicensed rendition of DUR services has been voluntarily dismissed. *See* Doc. #267, filed Jan. 2, 2008. Accordingly, Defendants' motion as to the same shall be denied, as moot.