UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FIDELITY INSURANCE COMPANY, et al., )
)
    Plaintiffs, )
)
vs. ) Case No. 4:03-CV-1521 SNL
)
EXPRESS SCRIPTS, INC., et al., )
)
    Defendants. )

## ORDER

In accordance with the Memorandum filed herein this Date,

**IT IS HEREBY ORDERED** that Defendants' motion for a protective order (Doc. #208, filed Feb. 12, 2007) be, and is, **HEREBY DENIED** as moot.

**IT IS FURTHER ORDERED** that Plaintiffs' motion to execute the Court's Order (Doc. #241, filed Aug. 14, 2007) be, and is, **HEREBY DENIED**.

**IT IS STILL FURTHER ORDERED** that Plaintiffs shall pay Two Hundred Fifteen Thousand, Two Hundred Ninety-Two Dollars and four cents ($215, 292.04) in accordance with this Court's Order (Doc. #181, filed June 19, 2006).

**IT IS STILL FURTHER ORDERED** that Plaintiffs shall submit detailed fee and cost worksheets *limited to those amounts expended on* (i) reviewing the August 16, 2004, January 31, 2005, February 16, 2005, and June 15, 2005 data sets; and (ii) obtaining a complete data set from March 2001 to March 2003.

**IT IS FINALLY ORDERED** that Defendants' motion to compel (Doc. #292, filed May 1, 2008) be, and is, **HEREBY DENIED IN PART**. Defendants' request for attorneys' fees is denied. Defendants are further ordered to **SHOW CAUSE** that Plaintiffs have persisted in their failure to produce the discovery referenced in Defendants' motion.

Dated this 14th day of May, 2008.

                                                                          */s/ Stephen N. Limbaugh*
                                                       **SENIOR UNITED STATES DISTRICT JUDGE**