IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FIDELITY INSURANCE COMPANY, et al., | ) ) ) |
| Plaintiffs, | ) ) No. 4:03-CV-1521-HEA |
| v. | ) ) ) |
| EXPRESS SCRIPTS, INC., et al., | ) ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Fidelity Insurance Company ("FIC"), Fidelity Benefit Administrators, Inc. ("FBA"), Fidelity Insurance Group, Inc., and United Healthcare, Inc. ("Fidelity") and Express Scripts, Inc., Express Scripts Utilization Management Co., and ESI Mail Service, Inc. ("Express Scripts"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate as follows:

1. FIC and FBA dismiss their claims with prejudice.

2. Express Scripts dismisses its counterclaims and third-party claims with prejudice contingent upon payment of an agreed sum to Express Scripts, which payment has been satisfied; and

3. Each party shall bear its own attorneys' fees, costs, and expenses incurred in the defense and prosecution of this action.

The undersigned counsel represent and warrant that they have the consent and authorization of their respective clients to enter into this Stipulation.

Dated: August 8, 2011.                                    Respectfully Submitted,

___/s/ Thomas M. Dee___                                   ___/s/ David A. McKay____
Thomas M. Dee, #30378MO                                   David A. McKay
Omri E. Praiss, #41850MO                                  Maury F. Herman
Christopher A. Smith, #53266MO                            Herman Gerel LLC
Husch Blackwell LLP                                       230 Peachtree Street, N.W., Suite 2260
190 Carondelet Plaza, Suite 600                           Atlanta, GA 31401
St. Louis, MO 63105                                       (404) 880-9500
(314) 480-1859                                            (404) 880-9605 (fax)
(314) 480-1505 (fax)

*Attorneys for Express Scripts, Inc.,*                    *Attorneys for Fidelity Insurance Co.,*
*Express Scripts Mail Pharmacy Services,*                 *Fidelity Benefit Administrators, Inc.,*
*Inc., and Express Scripts Utilization*                   *Fidelity Insurance Group, Inc., and*
*Management Co.*                                          *United Healthcare, Inc.*

                                                          William H. Narwold
                                                          Mathew P. Jasinski
                                                          Motley Rice LLC
                                                          One Corporate Center
                                                          20 Church St., 17th Floor
                                                          Hartford, CT 06103
                                                          (860) 882-1681
                                                          (860) 882-1682 (fax)

                                                          *Attorneys for Fidelity Insurance Co. and*
                                                          *Fidelity Benefit Administrators, Inc.*